CESAR MENDOZA, Respondent, v AMERICAN COUNTRY INSURANCE COMPANY, Appellant. [797 NYS2d 492]—

Order, Supreme Court, Bronx County (Douglas E. McKeon, J.), entered June 8, 2004, which, in an action pursuant to Insurance Law § 3420 (a) (2), granted plaintiff's motion for summary judgment insofar as to direct that defendant insurer pay plaintiff proceeds of $100,000 under the subject liability policy, unanimously affirmed, without costs.

Defendant's unexplained delay in disclaiming coverage for six months after having been notified of the lawsuit against its insured was untimely, and thus ineffective (*see* Insurance Law § 3420 [d]; *Hartford Ins. Co. v County of Nassau*, 46 NY2d 1028, 1029 [1979]). We have considered defendant's remaining contentions and find them unavailing. Concur—Tom, J.P., Andrias, Ellerin, Nardelli and Sweeny, JJ.